UNITED STATES of America, Plaintiff—Appellee,

v.

Amy McDowell NEWBOLD; Joseph K. Newbold, Defendants—Appellants,

Countrywide Home Loans; Homecomings Financial; Chase Home Finance, LLC, Claimants—Appellees,

and

3466 Piedmont Estates Road, City of Climax, Randolph County, North Carolina, with all appurtenances and improvements thereon, more fully described in BK 1926, PG 515, Randolph County register of deeds (registered owner Joseph K. Newbold); 4960 Cecil Norman Road, Randleman, Providence Township, Randolph County, North Carolina, with all appurtenances and improvements thereon, as more fully described in BK 1397, PG 0323, Randolph County Register of deeds (registered owners Joseph K. Newbold and Amy Joe McDowell); 2010 Boulevard Street, Greensboro, Morehead Township, Guilford County, North Carolina, with all appurtenances and improvements thereon, more fully described as tract II in book 6189, PG 0471, Guilford County register of deeds (registered owner Joseph K. Newbold); 3702 Hope Court, Greensboro, Morehead Township, Guilford County, North Carolina, with all appurtenances and improvements thereon, more fully described as tract III in BK 6189, PG 0471, Guilford County register of deeds (registered owner Joseph K. Newbold); 1803 Murrayhill Road, Greensboro, Morehead–Gilmer Township, Guilford County, North Carolina, with all appurtenances and improvements thereon, more fully described in BK 6016, PG 1087, Guilford County register of deeds (registered owner Joseph K. Newbold); 1517 Marion Street, Greensboro, Morehead Township, Guilford County, North Carolina, with all appurtenances and improvements thereon, more fully described in BK 5816, PG 1673, Guilford County register of deeds (registered owner Joseph K. Newbold); 3403 Immanuel Road, Greensboro, Morehead Township, Guilford County, North Carolina, with all appurtenances and improvements thereon, more fully described in BK 5798, PG 2457, Guilford County register of deeds (registered owners Joseph K. Newbold and Amy McDowell Newbold); 1959 Lakeview Road, City of Asheboro, Richland Township, Randolph County, North Carolina, with all appurtenances and improvements thereon, more fully described in BK 1778, PG 1680, Randolph County register of deeds (registered owner Joseph K. Newbold); 1001 Rucker Street, Greensboro, Morehead Township, Guilford County, North Carolina, with all appurtenances and improvements thereon, more fully described in BK 5505, PG 1002, Guilford County register of deeds (registered owner Joseph K. Newbold); Currency, U.S., $11,700.00; Currency, U.S., $10,356.28; Currency, U.S., $8,107.38; Currency,

U.S., $1,415.00; Currency, U.S., $70.00; All Funds to the Credit of Joseph Newbold in the Ameritrade Account Ending in 8013; 2014 Boulevard Street, Greensboro, Morehead Township, Guilford County North Carolina, with all appurtenances and improvements thereon, more fully described as tract 1 in BK 6189, PG 0471, Guilford County register of deeds (registered owner Joseph K. Newbold), Defendants,

**Citimortgage, Incorporated, Claimant.**

No. 09–1257.

United States Court of Appeals, Fourth Circuit.

Submitted: March 30, 2010.

Decided: April 2, 2010.

Amy McDowell Newbold, Joseph K. Newbold, Appellants Pro Se. John W. Stone, Jr., Assistant U.S. Attorney, Greensboro, North Carolina, James Scott Flowers, Hutchens, Senter & Britton, Fayetteville, North Carolina, Mark Allan Baker, Johnson & Freedman, LLC, Atlanta, Georgia, Wendy Anne Owens, Law Office of Wendy A. Owens, PC, Savannah, Georgia, Donald Richard Pocock, Nelson, Mullins, Riley & Scarborough, LLP, Winston–Salem, North Carolina, for Appellees.

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Amy McDowell Newbold and Joseph K. Newbold appeal the district court's order denying their motions pursuant to Fed. R.Civ.P. 60(b)(6), 65(a), 70, for a preliminary injunction, modification of judgment, and an order to show cause for civil contempt. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Newbold,* No. 1:05–cv–00625–TDS–PTS, 2009 WL 249393 (M.D.N.C. Feb. 2, 2009). We further deny Appellee Chase Home Finance LLC's motion to dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*